

**Anderson County**

JANICE STAPLES
District Clerk
Telephone: (903) 723-7412

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/5/2015 3:22:32 PM
CATHY S. LUSK
Clerk

500 N. Church St.
Room 18
Palestine, Texas 75801

PALESTINE, TEXAS 75801

February 5, 2015

John Soard
38 Delsie Street
Clarksville, AR. 72830

Dear Mr. Soard,

I am preparing a Supplemental Clerk's Record for 3-42003, to be submitted to the 12th Court of Appeals. I need clarification regarding the documents you are asking to be included.

In 3-41396 you asked for a "Response to Original Petition". No response was filed in that case.

In CCL-11-13178 you have asked for "Property List Ordered to be filed with Court by Mary Soard;" "Property list ordered to be filed with the Court by John R. Soard" "Motion for Contempt of Court" and "Response to Motion" to be added to the Clerk's Record. I find no such documents were filed in this case.

Lastly under "Individual letters or documents missing from records" you listed:
"Letter 10/11/2013 Davis to Staples payment of jury fee" I find no such letter in the file.
You also listed "Original setting in Judge Mark Calhoon's Court for 3-42003 set then cancelled after Soard arrived in Palestine, TX", Please specify date that hearing was set.

I have attached a copy of your document request along with this letter with the items in question highlighted.

I will notify you once you respond to this letter as to the cost of the Supplemental Record to be filed with the 12th Courts of Appeals.

Thank You,

Becky Brewster

Trial Court Clerk to provide for each of the following trial causes:

No. 3-2004: Original Petition; Response to original petition

No. 3-4005; Original Petition; Response to Original Petition

No. 3-41396 Original Petition filed on March 11, 2011,
include receipt for payment;     Response to Original Petition

No. CCL-11-13178 Original Petition filed on May 112, 2011, Include receipt for payment;
Response to Original Petition; Property List Ordered to be filed with Court by Mary Soard;
Property list ordered to be filed with Court by John R. Soard; Motion for Contempt of Court:
Response to Motion

Individual letters or documents missing from records provided by Clerk 9/1/14
        Notice of Setting Date January 14, 2014
        Letter 10/11/13 Davis to Staples payment of jury fee
        Official Receipt 1/9/2014 Soard forced to pay duplicate jury fee
        Letter 2/21/2014 from Lena ham to Staples motion for summary judgment
        Cover letter Lena ham to Staples Motion Summary Judgments all defendants
        Original setting in Judge Mark Calhoon's Court for 3-42003 set then cancelled after
        Soard arrived in Palestine, TX
        Thorn's Motion to withdraw, including reason

        Ms. Susan A. Waldrip, Court Reporter completed all files required from her with the
supplemental record received by the Court on 10/1/14.Includes Copies to Soard.   The
Consolidation of the causes did result in extra effort by Ms. Waldrip but through discussions
with John Soard from 9/1/14 through 10/1/14 she was able to locate and provide the missing
files.

        Ms. Misty McAdams, in her letter dated March 3, 2014, stated, "I have prepared those
records for you previously and you have acknowledged that you are in receipt of them."
I am required to file the records directly, and I will be happy to provide you an electronic copy
of what I need to send them if you give me an appellate cause number and an email address."

        I wrote Ms. McAdams a letter on December 3, 2014 with the email address.   I have
also faxed her twice since then but I have not received of copy of the Reporter's Record mailed
to the Twelfth Court of Appeals. I need a copy of what she sent to the court so I can reference.

Very truly yours,

John R. Soard